UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Violet Hamilton
_____

Write the full name of each plaintiff.

-against-

New York State
Justice Center

_____

Write the full name of each defendant. If you need more
space, please write "see attached" in the space above and
attach an additional sheet of paper with the full list of
names. The names listed above must be identical to those
contained in Section II.

_____CV_____
(Include case number if one has been
assigned)

**COMPLAINT**

Do you want a jury trial?
☐ Yes    ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ **Federal Question**

☐ **Diversity of Citizenship**

### A.  If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

The NYS Justice Center violated my rights when they did not complete a thorough investigation and went off hearsay. Further, The NYS Justice Center labeled my case category 3, meaning I would be blacklisted from working in social services.
(Con'd on additional Sheet)

### B.  If you checked Diversity of Citizenship

1.  Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ___Violet Hamilton___, is a citizen of the State of
(Plaintiff's name)

___New York___
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, **NYS Justice Center**, is a citizen of the State of
(Defendant's name)

**New York State**

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, **NYS Justice Center**, is incorporated under the laws of

the State of **New York**

and has its principal place of business in the State of **New York**

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in **New York**.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

**Violet**     **C.**     **Hamilton**
First Name     Middle Initial     Last Name

**220 East 115 Street Apt 2D**
Street Address

**New York**     **NY**     **10029**
County, City     State     Zip Code

**(516) 661-8568**     **msviolethamilton@gmail.com**
Telephone Number     Email Address (if available)

## B.  Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:    NYS  Justice  Center

First Name                              Last Name

Current Job Title (or other identifying information)

161  Delaware  Avenue

Current Work Address (or other address where defendant may be served)

Delmar, New York 12054-1310

County, City                        State                Zip Code

Defendant 2:

First Name                              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                Zip Code

Defendant 3:

First Name                              Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City                        State                Zip Code

Defendant 4: _____

First Name                    Last Name

_____

Current Job Title (or other identifying information)

_____

Current Work Address (or other address where defendant may be served)

_____

County, City                  State                  Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York, NY

Date(s) of occurrence: May 26, 2021

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

The NYS Justice center did not conduct a proper investigation, They did so based entirely on hearsay. The justice center blacklisted me from working in the social services field. Based on defamation of character.

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

I lost my home, ear, employement and reputation. I have a master's degree plus 10 years experience in social services, I reside in a homeless shelter and on public assistance

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

loss of wages, punitive damages, pain and suffering,

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 6/2/2023 | |
| Dated | Plaintiff's Signature |

Violet     Hamilton

First Name     Middle Initial     Last Name

220 East 115th Street Apt 2b

Street Address

New York NY 10029

County, City     State     Zip Code

(516)661-8568     msviolet.hamilton@gmail.com

Telephone Number     Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

I have a Master's Degree and 10+ years working in the social service field. I have not been able to find employment in this field. NYS Justice Center is aware that I have no history of abuse to any of our clients and has defamed my character without any substantial evidence or proper investigation. I am homeless, on public assistance and unemployement because of this.